### YOUNG v. WHITE.

(Supreme Court, Appellate Division, First Department. November 7, 1913.)

Appeal from Special Term, New York County.

Action by John Alvin Young against Archibald S. White. From an order denying a motion to vacate a prior order, defendant appeals. Appeal dismissed. See, also, 143 N. Y. Supp. 931, 934.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Charles E. Thorn, of New York City, for appellant.
John C. Tomlinson, of New York City, for respondent.

McLAUGHLIN, J. This appeal is from an order denying a motion to vacate a prior order. An appeal was also taken from the prior order, and this court has, in a decision handed down herewith, modified such prior order by striking out the conditions therein imposed for answering.

This appeal is therefore dismissed, without costs to either party. All concur.